CAROLEE G. KILDUFF, ESQ., SBN 107232
   Email:  ckilduff@akk-law.com
CORI R. SARNO, ESQ., SBN 230559
   Email:  csarno@akk-law.com
KRISTIN A. BLOCHER, ESQ., SBN 283730
   Email:  kblocher@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant
COUNTY OF YOLO erroneously sued as
YOLO COUNTY ENVIRONMENTAL
HEALTH DIVISION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM KAVOUSI, | Case No.: 2:15-cv-00874-JAM-AC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| YOLO COUNTY ENVIRONMENTAL HEALTH DIVISION, and DOES 1 through 20, inclusive, | DATE: November 1, 2016<br>TIME: 1:30 p.m.<br>DEPT.: 6 |
| Defendants. | **Judge John A. Mendez** |

      Defendant's Motion for Summary Judgment came on regularly for hearing on November 1, 2016 at 10:30 a.m. in the above-entitled court, the Honorable John A. Mendez presiding.

      Cori R. Sarno of Angelo, Kilday & Kilduff LLP appeared on behalf of Defendant and moving party.

1   William F. Wright, Law Offices of William F. Wright appeared on behalf of Plaintiff.

2   The matter was fully briefed and argued and submitted to the Court, whereupon the Court made the following order, which incorporates by reference the Court's ruling and comments during the Motion for Summary Judgment hearing:

Each of Defendant's objections to Plaintiff's declaration and deposition are well taken. The Court sustains each of the objections contained in Defendant's Objections to Plaintiff's Evidence on the grounds stated therein.

Based upon the Court's review of the materials and argument at the hearing, the Court grants summary judgment in favor of the County on each of Plaintiff's claims for age discrimination and gender discrimination. Judgment is to be entered in favor of Defendant, the County of Yolo, accordingly.

Dated:  11/9/2016

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Approved as to form.

*/s/ William F. Wright*
*(as authorized on 11/8/16)*
_____
Attorney for Plaintiff